# Court of Appeals
# of the State of Georgia

ATLANTA, February 21, 2014

*The Court of Appeals hereby passes the following order:*

**A14E0016. CHESNEY v. THE STATE**

Upon consideration, Ashley Chesney's request for an extension of time to file an application for discretionary appeal from the trial court's order entered on January 16, 2014 is hereby GRANTED. See OCGA § 5-6-39 (a); *Gable v. State*, 290 Ga. 81, 84-85 (2) (a) (720 SE2d 170) (2011). Chesney shall have until Monday, March 10, 2014 to file her application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, February 21, 2014*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*